**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: HAYE, PEGGY L. | § Case No. 08-71715 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 01/20/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/17/2009      By: /s/JAMES E. STEVENS
                                  Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: HAYE, PEGGY L. | § | Case No. 08-71715 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 45,001.16 |
| *and approved disbursements of* | $ 15,000.00 |
| *leaving a balance on hand of* [1] | $ 30,001.16 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| Katherine Shaw Bethea Hospital | $ 3,000.00 |
| CGH Medical Center | $ 2,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JAMES E. STEVENS | $ 3,750.12 | $ |
| Attorney for trustee | Barrick, Switzer Law Firm | $ 3,814.50 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | Patrick J. Liston | $ 15,000.00 | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | Timothy J. Slavin | $ 651.00 | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____

*Attorney for* _____ $_____ $_____

*Accountant for* _____ $_____ $_____

*Appraiser for* _____ $_____ $_____

*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                         *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,143.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | ComEd Co | $ 2,457.41 | $ 229.21 |
| 2 | Capital Recovery II | $ 565.82 | $ 52.78 |
| 3 | Recovery Management Systems Corporation | $ 446.74 | $ 41.67 |
| 4 | Metropolitan Medical Lab | $ 31.50 | $ 2.94 |
| 5 | Midwest Center | $ 340.22 | $ 31.73 |
| 6 | SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG | $ 265.57 | $ 24.77 |
| 7 | Illinois Department of Human Services | $ 1,069.94 | $ 99.80 |
| 8 | Blue Water Systems | $ 847.50 | $ 79.05 |
| 9 | John A. Loos & Sons | $ 168.32 | $ 15.70 |
| 10 | Performance Capital Mgmt LLC | $ 11,569.78 | $ 1,079.15 |

**UST Form 101-7-NFR (9/1/2009)**

| 11 | LVNV Funding LLC | $ 1,380.23 | $ 128.74 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
                                    N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
                                    N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/JAMES E. STEVENS
                                                  Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman              Page 1 of 3                  Date Rcvd: Dec 23, 2009
Case: 08-71715                Form ID: pdf006             Total Noticed: 121

The following entities were noticed by first class mail on Dec 25, 2009.
db           +Peggy L. Haye,    304A W. Meadows St.,    Polo, IL 61064-1842
aty          +Gary C Flanders,    1 Court Place  Suite 201,    Rockford, IL 61101-1088
aty          +Patrick J. Liston,    Pignatelli, Liston & Mertes, P.C.,    102 E. Route 30,
               Rock Falls, IL 61071-3099
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
12285139      AT&T,   c/o NCO Financial,    P.O. Box 41417 Dept. 99,    Philadelphia, PA 19101
12285131     +Affordable Waste Systems,    P.O. Box 114,    Dixon, IL 61021-0114
12285132     +Amcore Bank,    101 W. 1st Street,    Dixon, IL 61021-3057
12447318     +Arrow Financial,    % Account Solutions Group LLC,    205 Bryant Woods South,
               Amherst, NY 14228-3609
12285133     +Arrow Financial Services,    205 Bryant Woods South,    Buffalo, NY 14228-3609
12285134     +Aspire,    P.O. Box 10555,    Atlanta, GA 30310-0555
12285135     +Aspire Visa,    P.O. Box 105374,    Atlanta, GA 30348-5374
12285138      Aspire Visa,    c/o Law Office of Mitchell Kay,    P.O. Box 2374,    Chicago, IL 60690-2374
12285137     +Aspire Visa,    c/o MCM,    P.O. Box 1259 Dept. 12421,    Oaks, PA 19456-1259
12285136     +Aspire Visa,    c/o Recivables Management Solutions,    260 E. Wentworth Ave.,
               Saint Paul, MN 55118-3523
12285147     +BMG Music,    c/o Bureau of Account Management,    3607 Rosemont Ave. Suite 502,
               Camp Hill, PA 17011-6943
12285140      Bergner’s,    P.O. Box 6000,    Elrosa, MN 56325-6000
12285141     +Bergner’s,    c/o Capital Management,    726 Exchange Street Suite 700,    Buffalo, NY 14210-1464
12285143     +Bergy’s,    c/o Attorneys Kipp & Meyers,    100 South Broad Street,    Lanark, IL 61046-1259
12285142     +Bergy’s,    610 N. Division Ave.,    Polo, IL 61064-1018
12285146     +Blue Water Systems,    c/o RRCA Accounts Management,    312 Locust,    Sterling, IL 61081-3539
12285144     +Blue Water Systems,    11479 Riverdale Road,    Rock Falls IL 61071-9679
12285145     +Blue Water Systems,    c/o Allied Business Acct,    300 1/2 South Second Street,
               Clinton, IA 52732
12285148     +Bowman’s Electric,    1642 N. Freeport Road,    Polo, IL 61064-9266
12285149     +Brent Stukenberg,    28507 Milledge Villa Road,    Milledgeville, IL 61051-9356
12285150     +Brent Stukenberg,    c/o Attorney Trent Bush,    202 E. 5th Street POB 400,
               Sterling, IL 61081-0400
12285155     +CGH Medical Center,    c/o Trackers, Inc.,    1970 Spruce Hill Dr. POB 1227,
               Bettendorf, IA 52722-0021
12285153     +CGH Medical Center,    c/o Trackers, Inc.,    P.O. Box 1227,    Bettendorf, IA 52722-0021
12285152     +CGH Medical Center,    100 E. LeFevre Raod,    Sterling, IL 61081-1279
12285154     +CGH Medical Center,    100 E. LeFevre Road,    Sterling, IL 61081-1279
12285151     +Capital Management Services,    76 Exchange Street Suite 700,    Buffalo, NY 14203
12285158     +Commonwealth Edison,    c/o Van Ru Corp.,    10024 Skokie Blvd. Suite 2,    Skokie, IL 60077-9944
12285160      Countrywide Home Loans,    P.O. Box 961206,    Fort Worth, TX 76161-0206
12285163      Customer Service Center,    P.O. Box 6400,    Camp Hill, PA 17012-6400
12285171     +FNANB,    c/o PCM,    Dept. 735 P.O. Box 4115,    Concord, CA 94524-4115
12285164      Fashion Bug,    P.O. Box 3000,    Voorhees, NJ 08043
12285166      Fashion Bug,    c/o Allied Data Corporation,    13111 Westheimer Suite 400,
               Houston, TX 77077-5547
12285167     +Fashion Bug,    c/o First National Collection Burea,    610 Waltham Way,    Sparks, NV 89434-6695
12285165     +Fashion Bug,    c/o Tate & Kirlin Assoc.,    2810 South Hampton Road,    Philadelphia, PA 19154-1207
12285168     +Fingerhut,    16 McLeeland Road,    Saint Cloud, MN 56303-2198
12285170      Fingerhut,    c/o Jefferson Capital Systems,    P.O. Box 1940,    Southgate, MI 48195-0940
12285169     +Fingerhut,    c/o Jefferson Capital Systems,    16 McLeelan Road,    Saint Cloud, MN 56303-2198
12447314     +First Premier Visa/Arrow Financial,    % Capital Mgmt Serv,    726 Exchange St  Ste 700,
               Buffalo, NY 14210-1464
12447315     +First USA Bank,    % United Recovery Systems Inc,    PO Box 630339,    Houston, TX 77263-0339
12635753     +Illinois Department of Human Services,    823 East Monroe Street,
               Springfield, Illinois 62701-1915
12285173     +JC Penney,    c/o Great Lakes Collection Bureau,    45 Oak Street,    Buffalo, NY 14203-2620
12285175     +JC Penney,    c/oBlatt,HassenmillerLeibsker&Moore,    125  South Wacker Drive,
               Chicago, IL 60606-4424
12285174     +JC Penney,    c/o Arrow Fianncial Services,    5996 W. Touhy Ave.,    Niles, IL 60714-4610
12447317     +JC Penney/Arrow Financial Serv,    % FMS Services,    PO Box 681535,    Schaumburg, Il 60168-1535
12285176     +John A. Loos & Sons,    2711 Locust Street,    Sterling, IL 61081-1227
12285177     +John A. Loos & Sons,    c/o RRCA Accounts Management,    201 E  3rd Street,
               Sterling, IL 61081-3611
12285182     +KSB Hospital,    c/o Trackers, Inc.,    1970 Spruce Hills Drive,    Bettendorf, IA 52722-2680
12285180      KSB Hospital,    c/o Tel Collect,    P.O. Box 922877,    Norcross, GA 30010-2877
12285179     +KSB Hospital,    403 E. 1st Street,    Dixon, IL 61021-3187
12285181     +KSB Hospital,    c/o Eagle Recovery Ass. Inc.,    424 S. W. Washington Street,
               Peoria, IL 61602-5147
12285178     +Karrow Plumbing and Heating,    114 N. Division Ave.,    Polo, IL 61064-1432
12285186      MBNA,    P.O. Box 15137,    Wilmington, DE 19886-5137
12285184     +MBNA,    c/o First Natl. Collection Bureau,    3631 Warren Way,    Reno, NV 89509-5241
12285187     +MBNA,    c/o Certegy Service Corp.,    P.O. box 2689,    Suwanee, GA 30024-0984
12285185     +MBNA,    c/o Redline Recovery Service,    1145 Santuary Parkway Suite 300,
               Alpharetta, GA 30009-4788
12285183     +MBNA,    c/o Attorney Tate & Kirlin, Assoc.,    2810 South Hapton Road,
               Philadelphia, PA 19154-1207
12285188      Menards,    c/o Ventus Capital Services,    P.O. Box 740948,    Houston, TX 77274-0948
12285189     +Menards,    c/o Northland Acct. Group,    P.O. Box 390846,    Minneapolis, MN 55439-0846
12285190     +Metropolitan Medical Lab,    1814 E. Locust Street,    Davenport, IA 52803-2075
12285191      Metropolitan Medical Lab,    c/o Quad Corporations,    P.O. Box 2020,    Davenport, IA 52809-2020
12531213     +Metropolitan Medical Lab,    % Quad Corp,    2322 E Kimberly Rd  ste 215W,
               Davenport, Ia 52807-7207
12285192      Midwest Center,    c/o Fidelity Information Corp.,    P.O. Box 49938,    Los Angeles, CA 90049-0938
```

```
District/off: 0752-3          User: cbachman              Page 2 of 3                   Date Rcvd: Dec 23, 2009
Case: 08-71715                Form ID: pdf006             Total Noticed: 121

12285193      Moring Disposal,    c/o Tri State Adjustments,    P.O. Box 882,    Freeport, IL 61032-0882
12285194     +Moring Disposal Inc.,    306 E. Main Street,    Forreston, IL 61030-7701
12285195     +Most Plumbing,    608 Depot Ave.,    Dixon, IL 61021-3517
12285196     +Mount Plumbing,    107 S. Franklin Ave.,    Polo, IL 61064-1713
12285199     +NiCor,   c/o NCO Financial,    P.O. Box 15630 Dept. 99,    Wilmington, DE 19850-5630
12285198     +NiCor,   c/o NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
12447316     +Nicor Gas,   % hARRIS & hARRIS lTD,    600 w Jackson Blvd Ste 400,   Chicago, Il 60661-5675
12285200     +North American First National Bank,    P.O. Box 42336,    Richmond, VA 23242
12285201      North American Frist National Bank,    c/o United Recovery Systems, Inc.,    P.O. Box 630339,
               Houston, TX 77263-0339
12285202      Northern IL Home Med Supply,    22600 N. Locust Street Suite A,    Sterling, IL 61081
12285203      Office of the Controller St. IL,    325 W. Adamas Street,    Springfield, IL 62704-1871
12285205     +Office of the Controller St. of IL,    c/o NCO Financial,    4601 Sauk Tr. 3rd Floor,
               Richton Park, IL 60471-1473
12285204     +Office of the Controller St. of IL,    c/o NCO Financial,    600 Holiday Plaza Drive Suite 300,
               Matteson, IL 60443-2238
12285208     +One Spirit,    c/o Allied Interstate Inc.,    P.O. Box 5023,    New York, NY 10163-5023
12285207     +One Spirit,    P.O. Box 916536,    Indianapolis, IN 46291-6536
12730066     +Performance Capital Mgmt LLC,    7001 Village Dr Ste 255,    Buena Park, CA 90621-2219
12285209     +Pignatelli, Liston Mertes, P.C.,    102 E. Route 30,    Rock Falls, IL 61071-3099
12285210     +Publisher’s Clearing House,    c/o Dymocol Inc.,    3070 Lawson Blvd. POB 9017,
               Oceanside, NY 11572-2711
12285211      Publisher’s Clearing House,    c/o Merchantile Adjustments,    P.O. Box 9315A,
               Rochester, NY 14604
12285212     +Publishers Clearing House,    c/o Eastern Collection Corp.,    1626 Locust Ave.,
               Bohemia, NY 11716-2159
12285213     +Rankens Transmission & Auto Repair,    2119 W. Fourth Street,    Dixon, IL 61021-2401
12285214      Reader Service,    P.O. Box 9025,    Buffalo, NY 14269-9025
12285215     +Roger Johnson, MD,    351 Executive Parkway,    Rockford, IL 61107-5339
12599921     +SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG,    FIRST EXPRESS,    PO BOX 856021,
               LOUISVILLE, KY 40285-6021
12285217     +Sauk Valley Radiologist,    c/o RRCA Accounts Management,    312 Locust,    Sterling, IL 61081-3539
12285216     +Sauk Valley Radiologist,    101 E. Miller Road,    Sterling, IL 61081-1252
12447313     +Schmitt Plumbing & Heating,    % RRCA Associates,    312 Locust,    Sterling, Il 61081-3539
12447312     +Schmitt Plumbing & Heating,    502 Illinois Rte 2,    Dixon, Il 61021-9123
12285220     +Sears,    c/o Northland Group, Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
12285222     +Sears,    c/o Nelson, Watson & Assoc.,    80 Merrimack Street Lower Level,
               Haverhill, MA 01830-5211
12285218     +Sears,    c/o Alegis Group LP,    15 S. Main Street,    Greenville, SC 29601-2743
12285221     +Sears,    c/oFreedman,Anselmo,Lindberg &Rappe,    1807 Diehl Road Sutie 333,
               Naperville, IL 60563-1890
12285219      Sears,    c/o AMO Recoveries,    7001 Peat Tree Ind. Blvd. Suite 320,    Norcross, GA 30092
12285223     +Sinnissippi Center,    325 Illinois Route 2,    Dixon, IL 61021-9162
12285226     +Sterling Rock Falls Clinic,    c/o RRCA Acct. Management,    312 Locust,    Sterling, IL 61081-3539
12285224     +Sterling Rock Falls Clinic,    101 E. Miller Road,    Sterling, IL 61081-1294
12285227     +Supreme Cleaners,    2015 N. Brenton Ave.,    Dixon, IL 61021-8264
12285229      Target National Bank,    c/o IC Systems, Inc.,    444 Highway 96 East POB 64437,
               Saint Paul, MN 55164-0437
12285228      Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
12285231     +Target National Bank,    c/o Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
12285230      Target national Bank,    c/o First Source Advantage,    P.O. Box 628,    Buffalo, NY 14240-0628
12285232     +Thomas Suits,    114 W. Mason Street,    Polo, IL 61064-1502
12285233     +Verizon Wireless,    c/o Bureau of Collection Recovery,    7575 Corporate Way,
               Eden Prairie, MN 55344-2022
12285234    ++WACHOVIA BANK NA,    PO BOX 13765,   ROANOKE VA 24037-3765
              (address filed with court: Wachovia Bank,    P.O. Box 16989,    Atlanta, GA 30321)
12285235      Walmart,    P.O. Box 103042,    Roswell, GA 30076
12285236      Walmart,    Monogram Credit Card Bank of GA,    P.O. Box 9769,    Macon, GA 31297-9769
12285237     +Walmart/Monogram,    c/o Allied Interstate,    P.O. Box 361774,    Columbus, OH 43236-1774
The following entities were noticed by electronic transmission on Dec 23, 2009.
12523908     +E-mail/PDF: rmscedi@recoverycorp.com Dec 24 2009 02:00:43      Capital Recovery II,
               PREMIER BANKCARD, INC.,    % Recovery Mgmt Sys Corp,    25 SE 2nd Avenue, Suite 1120,
               Miami FL 33131-1605
12285156     +E-mail/Text: legalcollections@comed.com                            ComEd Co,
               Attn Bankruptcy Section/Revenue Mgmt,    2100 Swift Drive,    Oak Brook, IL 60523-1559
12285157     +E-mail/Text: legalcollections@comed.com                            Commonwealth Edison,
               c/o Allied Interstate,    3200 Northline Ave. Suite 160,    Greensboro, NC 27408-7613
12285158      E-mail/Text: legalcollections@comed.com                            Commonwealth Edison,
               c/o Harvard Collection Service,    4839 N. Elston Ave.,    Chicago, IL 60630-2534
12285172     +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2009 02:00:42      JC Penney,    P.O. Box 27570,
               Albuquerque, NM 87125
12820979      E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12285197     +E-mail/Text: bankrup@nicor.com                            NiCor,    Credit Investigations,
               P.O. Box 549,    Aurora, IL 60507-0549
12523909     +E-mail/PDF: rmscedi@recoverycorp.com Dec 24 2009 02:00:42
               Recovery Management Systems Corporation,    For Capital Recovery II,    As Assignee of JC PENNEY,
               25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 8
```

```
District/off: 0752-3           User: cbachman              Page 3 of 3                   Date Rcvd: Dec 23, 2009
Case: 08-71715                 Form ID: pdf006             Total Noticed: 121

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12285206          Ogle County Housing Authority
12289335          Ogle County Housing Authority
aty*             +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
                   Rockford, IL 61108-2579
aty*             +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
                   Rockford, Il 61108-2579
12285161*         Countrywide Home Loans,    P.O. Box 961206,   Fort Worth, TX 76161-0206
12285162*         Countrywide Home Loans,    P.O. Box 961206,   Fort Worth, TX 76161-0206
12635756*        +Illinois Department of Human Services,    823 East Monroe Street,
                   Springfield, Illinois 62701-1915
12285225*        +Sterling Rock Falls Clinic,    101 E. Miller Road,   Sterling, IL 61081-1294
                                                                                               TOTALS: 2, * 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 25, 2009**                     **Signature:**   _Joseph Speetjens_