# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re:  HAYE, PEGGY L. | § | Case No.  08-71715 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $36,350.00 | Assets Exempt:  $15,000.00 |
| Total Distribution to Claimants: $6,787.92 | Claims Discharged Without Payment: $201,469.11 |
| Total Expenses of Administration:  $23,215.62 | |

3)  Total gross receipts of $    45,003.54  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    15,000.00   (see **Exhibit 2** ), yielded net receipts of $30,003.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $11,012.00 | $5,000.00 | $5,000.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 23,215.62 | 23,866.62 | 23,215.62 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 184,114.00 | 19,143.03 | 19,143.03 | 1,787.92 |
| **TOTAL DISBURSEMENTS** | $184,114.00 | $53,370.65 | $48,009.65 | $30,003.54 |

4) This case was originally filed under Chapter 7 on May 30, 2008.
. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/05/2010            By: /s/JAMES E. STEVENS
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| personal injury claim | 1142-000 | 45,000.00 |
| Interest Income | 1270-000 | 3.54 |
| **TOTAL GROSS RECEIPTS** | | $45,003.54 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Peggy Haye | personal injury exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $15,000.00 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Katherine Shaw Bethea Hospital | 4120-000 | N/A | 11,012.00 | 3,000.00 | 3,000.00 |
| CGH Medical Center | 4220-000 | N/A | | 2,000.00 | 2,000.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $11,012.00 | $5,000.00 | $5,000.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 3,750.12 | 3,750.12 | 3,750.12 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 3,814.50 | 3,814.50 | 3,814.50 |
| Patrick J. Liston | 3210-600 | N/A | 15,000.00 | 15,000.00 | 15,000.00 |
| Timothy J. Slavin | 3721-000 | N/A | 0.00 | 651.00 | 0.00 |
| Patrick J. Liston | 3220-000 | N/A | 651.00 | 651.00 | 651.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 23,215.62 | 23,866.62 | 23,215.62 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ComEd Co | 7100-000 | N/A | 2,457.41 | 2,457.41 | 229.53 |
| Capital Recovery II | 7100-000 | N/A | 565.82 | 565.82 | 52.85 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 446.74 | 446.74 | 41.72 |
| Metropolitan Medical Lab | 7100-000 | N/A | 31.50 | 31.50 | 2.94 |
| Midwest Center | 7100-000 | N/A | 340.22 | 340.22 | 31.78 |
| SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG | 7100-000 | N/A | 265.57 | 265.57 | 24.80 |
| Illinois Department of Human Services | 7100-000 | N/A | 1,069.94 | 1,069.94 | 99.93 |
| Blue Water Systems | 7100-000 | N/A | 847.50 | 847.50 | 79.15 |
| John A. Loos & Sons | 7100-000 | N/A | 168.32 | 168.32 | 15.72 |
| Performance Capital Mgmt LLC | 7100-000 | N/A | 11,569.78 | 11,569.78 | 1,080.59 |
| LVNV Funding LLC | 7100-000 | N/A | 1,380.23 | 1,380.23 | 128.91 |
| One Spirit | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Publishers Clearing House | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| Rankens Transmission & Auto Repair | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| North American First National Bank | 7100-000 | 6,900.00 | N/A | N/A | 0.00 |
| North IL Home Med Supply | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Menards | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| MBNA | 7100-000 | 4,150.00 | N/A | N/A | 0.00 |
| Moring Disposal, Inc. | 7100-000 | 135.00 | N/A | N/A | 0.00 |
| Most Plumbing | 7100-000 | 180.00 | N/A | N/A | 0.00 |
| Nicor | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| Mount Plumbing | 7100-000 | 120.00 | N/A | N/A | 0.00 |
| Reader Service | 7100-000 | 12.00 | N/A | N/A | 0.00 |
| Walmart | 7100-000 | 2,200.00 | N/A | N/A | 0.00 |
| Roger Johnson, MD | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| Target National Bank | 7100-000 | 370.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Supreme Cleaners | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| Thomas Suits | 7100-000 | 625.00 | N/A | N/A | 0.00 |
| Sterling Rock Falls Clinic | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| Verizon Wireless | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| Sinnissippi Center | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| Sterling Rock Falls Clinic | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| Wachovia Bank | 7100-000 | 6,800.00 | N/A | N/A | 0.00 |
| Sears | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| MBNA | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| Sauk Valley Radiologist | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| Sinnissippi Center | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| Countrywide Home Loans | 7100-000 | 76,000.00 | N/A | N/A | 0.00 |
| Affordable Waste Systems | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| Amcore Bank | 7100-000 | 6,200.00 | N/A | N/A | 0.00 |
| Aspire | 7100-000 | 3,800.00 | N/A | N/A | 0.00 |
| Arrow Financial Services | 7100-000 | 475.00 | N/A | N/A | 0.00 |
| Countrywide Home Loans | 7100-000 | 52,000.00 | N/A | N/A | 0.00 |
| Customer Service Center | 7100-000 | 27.00 | N/A | N/A | 0.00 |
| Brent Stukenberg | 7100-000 | 2,600.00 | N/A | N/A | 0.00 |
| Fingerhut | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| BMG Music | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Bowman's Electgric | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| AT&T | 7100-000 | 995.00 | N/A | N/A | 0.00 |
| Aspire Visa | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| Bergner's | 7100-000 | 170.00 | N/A | N/A | 0.00 |
| Karrow Plumbing and Heating | 7100-000 | 265.00 | N/A | N/A | 0.00 |
| Bergy's | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 184,114.00 | 19,143.03 | 19,143.03 | 1,787.92 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-71715 | **Trustee:**    (330420)    JAMES E. STEVENS |
| **Case Name:**    HAYE, PEGGY L. | **Filed (f) or Converted (c):** 05/30/08 (f) |
| | **§341(a) Meeting Date:**    07/24/08 |
| **Period Ending:** 05/05/10 | **Claims Bar Date:**    11/14/08 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Cottage, located at Christmas Mountain, Wisconsi | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking Sterling Federal Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Security Deposit Ogle County Housing, Landlord | 225.00 | 0.00 | DA | 0.00 | FA |
| 5 | 6 beds, 6 dressers, 1 sofa, 3 chairs, 3 tvs, 1 v | 2,800.00 | 0.00 | DA | 0.00 | FA |
| 6 | tapes, dvds and cds with estimated retail value | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | jewelry with estimated retail value of $3000.00 | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 8 | Life insurance with death benefit only. | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | personal injury claim | Unknown | 30,000.00 | DA | 45,000.00 | FA |
| 10 | child support arrearage estimated at 20,000.00 | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Workers' Compensation Claim | Unknown | 0.00 | DA | 0.00 | FA |
| 12 | Possible claim to former husband's wc claim | Unknown | 0.00 | DA | 0.00 | FA |
| 13 | 1998 Oldsmobile Silouhette | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 14 | Lawn mower with estimated retail value of $130.0 | 75.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 3.54 | FA |
| 15 | **Assets**    **Totals** (Excluding unknown values) | **$36,350.00** | **$30,000.00** | | **$45,003.54** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    July 31, 2009          **Current Projected Date Of Final Report (TFR):**    December 1, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-71715 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | HAYE, PEGGY L. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****79-65 - Money Market Account |
| Taxpayer ID #: | **-***4581 | | Blanket Bond: | $118,000.00   (per case limit) |
| Period Ending: | 05/05/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/09/09 | {9} | Westfield Insurance | proceeds personal injury case | 1142-000 | 45,000.00 | | 45,000.00 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.16 | | 45,001.16 |
| 12/16/09 | 1001 | Peggy Haye | personal injury exemption | 8100-002 | | 15,000.00 | 30,001.16 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.61 | | 30,002.77 |
| 01/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.77 | | 30,003.54 |
| 01/20/10 | | To Account #********7966 | transfer to close money market account | 9999-000 | | 30,003.54 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 45,003.54 | 45,003.54 | $0.00 |
| Less: Bank Transfers | 0.00 | 30,003.54 |
| **Subtotal** | **45,003.54** | **15,000.00** |
| Less: Payments to Debtors | | 15,000.00 |
| **NET Receipts / Disbursements** | **$45,003.54** | **$0.00** |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 08-71715 | |
| Case Name: | HAYE, PEGGY L. | |
| | | |
| Taxpayer ID #: | **-***4581 | |
| Period Ending: | 05/05/10 | |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****79-66 - Checking Account |
| Blanket Bond: | $118,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|
| 01/20/10 | | From Account #********7965 | transfer to close money market account | 9999-000 | 30,003.54 | | 30,003.54 |
| 01/21/10 | 101 | Katherine Shaw Bethea Hospital | Dividend paid 100.00% on $3,000.00; Claim# 12; Filed: $11,012.00; Reference: | 4120-000 | | 3,000.00 | 27,003.54 |
| 01/21/10 | 102 | CGH Medical Center | Dividend paid 100.00% on $2,000.00; Claim# 13; Filed: $0.00; Reference: | 4220-000 | | 2,000.00 | 25,003.54 |
| 01/21/10 | 103 | Timothy J. Slavin | Dividend paid 100.00% on $651.00, Arbitrator/Mediator for Trustee Fees; Reference:<br>Voided on 02/08/10 | 3721-000 | | 651.00 | 24,352.54 |
| 01/21/10 | 104 | Patrick J. Liston | Dividend paid 100.00% on $15,000.00, Special Counsel for Trustee Fees;  Reference: | 3210-600 | | 15,000.00 | 9,352.54 |
| 01/21/10 | 105 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $3,814.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,814.50 | 5,538.04 |
| 01/21/10 | 106 | JAMES E. STEVENS | Dividend paid 100.00% on $3,750.12, Trustee Compensation;  Reference: | 2100-000 | | 3,750.12 | 1,787.92 |
| 01/21/10 | 107 | ComEd Co | Dividend paid  9.33% on $2,457.41; Claim# 1; Filed: $2,457.41; Reference: | 7100-000 | | 229.53 | 1,558.39 |
| 01/21/10 | 108 | Capital Recovery II | Dividend paid  9.33% on $565.82; Claim# 2; Filed: $565.82; Reference: | 7100-000 | | 52.85 | 1,505.54 |
| 01/21/10 | 109 | Recovery Management Systems Corporation | Dividend paid  9.33% on $446.74; Claim# 3; Filed: $446.74; Reference: | 7100-000 | | 41.72 | 1,463.82 |
| 01/21/10 | 110 | Midwest Center | Dividend paid  9.33% on $340.22; Claim# 5; Filed: $340.22; Reference: | 7100-000 | | 31.78 | 1,432.04 |
| 01/21/10 | 111 | SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG | Dividend paid  9.33% on $265.57; Claim# 6; Filed: $265.57; Reference: | 7100-000 | | 24.80 | 1,407.24 |
| 01/21/10 | 112 | Illinois Department of Human Services | Dividend paid  9.33% on $1,069.94; Claim# 7; Filed: $1,069.94; Reference: | 7100-000 | | 99.93 | 1,307.31 |
| 01/21/10 | 113 | Blue Water Systems | Dividend paid  9.33% on $847.50; Claim# 8; Filed: $847.50; Reference: | 7100-000 | | 79.15 | 1,228.16 |
| 01/21/10 | 114 | John A. Loos & Sons | Dividend paid  9.33% on $168.32; Claim# 9; Filed: $168.32; Reference: | 7100-000 | | 15.72 | 1,212.44 |
| 01/21/10 | 115 | Performance Capital Mgmt LLC | Dividend paid  9.33% on $11,569.78; Claim# 10; Filed: $11,569.78; Reference: | 7100-000 | | 1,080.59 | 131.85 |
| 01/21/10 | 116 | LVNV Funding LLC | Dividend paid  9.33% on $1,380.23; Claim# 11; Filed: $1,380.23; Reference: | 7100-000 | | 128.91 | 2.94 |
| 01/21/10 | 117 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 2.94 | 0.00 |
| 02/08/10 | 103 | Timothy J. Slavin | Dividend paid 100.00% on $651.00, Arbitrator/Mediator for Trustee Fees; Reference: | 3721-000 | | -651.00 | 651.00 |

Subtotals :          $30,003.54          $29,352.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-71715 |
| Case Name: | HAYE, PEGGY L. |
| | |
| Taxpayer ID #: | **-***4581 |
| Period Ending: | 05/05/10 |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****79-66 - Checking Account |
| Blanket Bond: | $118,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 01/21/10 | | | | |
| 02/18/10 | 118 | Patrick J. Liston | reimbursement of mediator expenses | 3220-000 | | 651.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 30,003.54 | 30,003.54 | $0.00 |
| | | | Less: Bank Transfers | | 30,003.54 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 30,003.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $30,003.54 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-71715 |
| Case Name: | HAYE, PEGGY L. |
| | |
| Taxpayer ID #: | **-***4581 |
| Period Ending: | 05/05/10 |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******79-66 - Checking Account |
| Blanket Bond: | $118,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | (No Transactions on File for this Period) | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****79-65 | 45,003.54 | 0.00 | 0.00 |
| Checking # ***-*****79-66 | 0.00 | 30,003.54 | 0.00 |
| Checking # 9200-******79-66 | 0.00 | 0.00 | 0.00 |
| | $45,003.54 | $30,003.54 | $0.00 |